1  Jeffrey L. Fillerup, State Bar No. 120543
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
3  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
4
   Attorneys for Plaintiff
5  STRAWFLOWER ELECTRONICS, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | STRAWFLOWER ELECTRONICS, INC., | Case No. C 07-01156 MHP |
|----|---|---|
| 12 | Plaintiff, | Hon. Marilyn H. Patel |
| 13 | v. | |
| 14 | MARYLAND CASUALTY CO., et al., | **STIPULATION TO DISMISS THE COMPLAINT WITH PREJUDICE, AND ORDER THEREON** |
| 15 | Defendants. | |

16

17     Plaintiff Strawflower Electronics, Inc. ("Plaintiff"), by and through its counsel of record,

18  and Defendant Maryland Casualty Company ("Defendant"), by and through its counsel of record,

19  hereby stipulate, as follows:

20     After having reached a settlement of all claims alleged in this case, the Plaintiff and

21  Defendant hereby stipulate to the Court's entry of an order dismissing with prejudice all of the

22  claims alleged in the Complaint, each party to bear its own costs and attorney's fees.

23

24  DATED: September 18, 2007

25                                    JEFFREY L. FILLERUP
                                      Luce, Forward, Hamilton & Scripps LLP
26                                    Attorneys for Plaintiff
                                      STRAWFLOWER ELECTRONICS,
27                                    INC.

28

                                      1                    Case No. C 07-01156 MHP
                                                 STIPULATION TO DISMISS THE COMPLAINT WITH
                                                          PREJUDICE, AND ORDER THEREON

1  DATED: September 26, 2007          /s/ Michael Topp
2                                      MICHAEL A. TOPP
                                       Sedgwick, Detert, Moran & Arnold LLP
                                       Attorneys for Defendant MARYLAND
3                                      CASUALTY COMPANY

4                          **ORDER OF DISMISSAL**

6  Based upon the foregoing Stipulation and for good cause appearing,

7  IT IS HEREBY ORDERED that all of the claims alleged in the Complaint are hereby

8  dismissed with prejudice, and each party is to bear its own costs and attorney's fees.

10 DATED: September 28, 2007         _____
11                                   MARILYN H. PATEL
                                     United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — seal)

17 301016086.1